UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| LIBERTAS CLASSICAL ASSOCIATION,<br>Plaintiff,<br><br>-v-<br><br>GRETCHEN WHITMER, et al.,<br>Defendants. | No. 1:20-cv-997<br><br>Honorable Paul L. Maloney |

## NOTICE

In preparation for the hearing on cross motions for preliminary injunctions, the Court has reviewed the parties' submissions.

The Court now puts the parties on NOTICE of several topics that they should be prepared to address.

1. The Michigan Supreme Court's discussion of the non-delegation doctrine in *In re Certified Questions from the United States District Court*, —N.W.2d—, 2020 WL 5877599 (Mich. Oct. 2, 2020), as those concerns might apply to Michigan Compiled Laws § 333.2253.

2. The relevance of Michigan Compiled Laws § 333.5205 to Defendant Manasary's counterclaim specifically and this lawsuit in general.

3. Assuming that § 333.5205 is relevant to the counterclaim, whether the Court should abstain under the *Pullman* doctrine or should certify a question to the Michigan Supreme Court.

Date:  October 27, 2020                              /s/ Paul L. Maloney
                                                     Paul L. Maloney
                                                     United States District Judge