UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

# MINUTES

**CASE CAPTION:**  Libertas Classical Association v. Whitmer, et al

**Case Number:**   1:20-cv-997
**Date:**  November 2, 2020
**Time:**  9:05 a.m. – 11:22 a.m.
**Place:**  Kalamazoo
**Judge:**  Paul L. Maloney

**APPEARANCES (via Zoom)**

Plaintiff:  Ian Alexander Northon and Adam J. Baginski

Defendant Marcia Mansaray:  Douglas W. Van Essen

**PROCEEDINGS**

Nature of Hearing:
Continuation of Hearing on Plaintiff's motions for preliminary injunction (ECF Nos. 2 and 17) and Defendant Mansaray's motion for preliminary injunction (ECF No. 15) – day 3; motions taken under advisement, opinion and order to issue

**WITNESSES**

Plaintiff:

Defendant:

**EXHIBITS**

| Description | Admitted |
|---|---|
| Plaintiff:  Exhibit 11 | Received |
| Defendant Mansaray: | Received |

Court Reporter: Kathleen Thomas                Case Manager:  A. Redmond