IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

LIBERTAS CLASSICAL ASSOCIATION,
    Plaintiff,

v.

GRETCHEN WHITMER, et al.
    Defendants.

Case No. 1:20-cv-997
Hon. Paul L. Maloney

| | |
|---|---|
| Ian A. Northon (P65082)<br>Adam J. Baginski (P83891)<br>RHOADES MCKEE PC<br>55 Campau Ave., N.W., Ste. 300<br>Grand Rapids, MI 49503<br>616.235.3500<br>ian@rhoadesmckee.com<br>abaginski@rhoadesmckee.com<br>smd@rhoadesmckee.com<br>ATTORNEYS FOR PLAINTIFF | Douglas W. VanEssen<br>Elliot J. Gruszka<br>SILVER & VAN ESSEN, PC<br>300 Ottawa Ave N.W., Suite 620<br>Grand Rapids, MI 49503<br>616-988-5600<br>dwv@silvervanessen.com<br>egruszka@silvervanessen.com<br>ATTORNEYS FOR DEFENDANTS MARCIA MANSARAY AND OTTAWA COUNTY DEPARTMENT OF HEALTH |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff, Libertas Classical Association d/b/a Libertas Christian School (Libertas), through counsel, hereby appeals against defendant Marcia Mansaray in her individual and official capacity of Deputy Director of the Ottawa County Public Health Department (Mansaray), to the United States Court of Appeals for the Sixth Circuit from the district court's interlocutory decision entered in this action on November 3, 2020 (Ecf. No. 30)(order denying preliminary injunction and refraining from constitutional rulings under Pullman abstention doctrine).

Dated: November 4, 2020

Respectfully Submitted,

/s/ Ian A. Northon
Ian A. Northon

2

**CERTIFICATE OF SERVICE**

I hereby certify that on November 4, 2020, a copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which sent notification to all counsel of record via e-mail.

/s/   Ian A. Northon