UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| LIBERTAS CLASSICAL ASSOCIATION,<br><br>        Plaintiff/Counter-Defendant,<br><br>v<br><br>GRETCHEN WHITMER, individually and in her official capacity as Governor of the State of Michigan, DANA NESSEL, individually and in her official capacity as Attorney General of the State of Michigan, ROBERT GORDON, individually and in his official capacity as Director of the Michigan Department of Health and Human Services, and MARCIA MANSARAY, individually and in her official capacity as Deputy Health Administrator of the Ottawa County Department of Health,<br><br>        Defendants,<br><br>and<br><br>MARCIA MANSARAY, individually and in her official capacity as Deputy Administrator of the Ottawa County Department of Health,<br><br>        Defendant/Counter-Plaintiff. | No. 1:20-cv-00997<br><br>HONORABLE PAUL L. MALONEY<br><br>MAG. JUDGE PHILLIP J. GREEN<br><br><br>**DEFENDANTS GOVERNOR GRETCHEN WHITMER, DIRECTOR ROBERT GORDON, AND ATTORNEY GENERAL DANA NESSEL'S JOINT MOTION TO DISMISS PLAINTIFF'S COMPLAINT UNDER FEDERAL RULES OF CIVIL PROCEDURE 12(b)(1), (6)** |

| | |
|---|---|
| Ian Alexander Northon (P65082)<br>Adam J. Baginski (P83891)<br>Rhoades McKee, P.C.<br>Attorneys for Plaintiff/Counter-Defendant<br>Libertas Classical Association<br>300 Riverfront Plaza Bldg.<br>55 Campau Ave., NW, Ste. 300<br>Grand Rapids, MI  49503-2642 | Daniel J. Ping (P81482)<br>John G. Fedynsky (P65232)<br>Assistant Attorneys General<br>Attorneys for Defendants Gretchen<br>Whitmer and Robert Gordon<br>P.O. Box 30736<br>Lansing, MI 48909<br>(517) 335-7632 |

1

(616) 233-5125
inorthon@rhoadesmckee.com
abaginski@rhoadesmckee.com

Ann M. Sherman (P67762)
Deputy Solicitor General
Rebecca A. Berels (P81977)
Assistant Attorney General
Attorneys for Defendant Dana Nessel
P.O. Box 30212, Lansing, MI 48909
(517) 335-7628
ShermanA@michigan.gov
BerelsR1@michigan.gov

PingD@michigan.gov
FedynskyJ@michigan.gov

Douglas W. Van Essen (P33169)
Elliot J. Gruszka (P77117)
Silver & Van Essen, P.C.
Attorney for Defendant/Counter-Plaintiff Marcia Mansaray
300 Ottawa Ave., NW, Ste. 620
Grand Rapids, MI  49503
(616) 988-5600
dwv@silvervanessen.com
egruszka@solvervanessen.com

**DEFENDANTS GOVERNOR GRETCHEN WHITMER, DIRECTOR ROBERT GORDON, AND ATTORNEY GENERAL DANA NESSEL'S
JOINT MOTION TO DISMISS PLAINTIFF'S COMPLAINT UNDER FEDERAL RULES OF CIVIL PROCEDURE 12(b)(1) & (6)**

Daniel J. Ping (P81482)
John G. Fedynsky (P65232)
Assistant Attorneys General
Michigan Dep't of Attorney General
Attorney for Defendants Governor Whitmer and MDHHS Director Gordon
P.O. Box 30736
(517) 335–7632
pingd@michigan.gov
fedynskyj@michigan.gov

Ann M. Sherman (P67762)
Deputy Solicitor General
Rebecca A. Berels (P81977)
Assistant Attorney General
Michigan Dep't of Attorney General
Attorneys for Defendant Dana Nessel
P.O. Box 30212, Lansing, MI 48909
(517) 335-7628
ShermanA@michigan.gov
BerelsR1@michigan.gov

2

Pursuant to Fed. R. Civ. P. 12(b)(1) and (6), Defendants Governor Gretchen Whitmer, Director Robert Gordon, and Attorney General Dana Nessel move this Court to dismiss the Complaint in this matter for the reasons set forth in the attached brief. Pursuant to W.D. Mich. L.R. 7.1(d), counsel for these defendants contacted counsel for Plaintiff, and Plaintiff indicated it will oppose the motion.

Respectfully submitted,

*/s/ Daniel J. Ping*
Daniel J. Ping (P81482)
John G. Fedynsky (P65232)
Assistant Attorneys General
Michigan Dep't of Attorney General
Attorney for Defendants Governor
Whitmer and MDHHS Director Gordon
P.O. Box 30736
(517) 335–7632
pingd@michigan.gov
fedynskyj@michigan.gov


*/s/ Ann M. Sherman*
Ann M. Sherman (P67762)
Deputy Solicitor General
Rebecca A. Berels (P81977)
Assistant Attorney General
Michigan Dep't of Attorney General
Attorneys for Defendant Dana Nessel
P.O. Box 30212, Lansing, MI 48909
(517) 335-7628
ShermanA@michigan.gov
BerelsR1@michigan.gov

## PROOF OF SERVICE (E-FILE)

I hereby certify that on November 17, 2020, I electronically filed the foregoing document(s) with the Clerk of the Court using the ECF System, which will provide electronic notice and copies of such filing of the following to the parties:

- Defendant Governor Gretchen Whitmer, Director Robert Gordon, and Attorney General Dana Nessel's Joint Motion to Dismiss Plaintiff's Complaint Under Fed. R. Civ. P. 12(b)(1) & (6)

A courtesy copy of the aforementioned document was placed in the mail directed to: Judge Paul L. Maloney, 137 Federal Bldg., 410 W. Michigan Ave., Kalamazoo, MI  49007.

*/s/ Daniel J. Ping*
Daniel J. Ping (P81482)
John G. Fedynsky (P65232)
Assistant Attorneys General
Michigan Dep't of Attorney General
Attorney for Defendants Governor
Whitmer and MDHHS Director Gordon
P.O. Box 30736
(517) 335–7632
pingd@michigan.gov
fedynskyj@michigan.gov

4