UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LIBERTAS CLASSICAL ASSOCIATION,

    Plaintiff,

v.

                                      Case No. 1:20-cv-997

GRETCHEN WHITMER, et al.,
                                      HONORABLE PAUL L. MALONEY

    Defendants.
_____/

**ORDER GRANTING IN PART MOTION FOR LEAVE TO FILE UNDER SEAL**

    Pending before the Court is Plaintiff's motion for leave to file exhibit under seal (ECF No. 23).  Upon due consideration of the motion by the Court, the Court finds that restricting access to the proposed document, rather than sealing the document, to be appropriate.  Accordingly,

    **IT IS HEREBY ORDERED** that the motion for leave to file exhibit under seal (ECF No. 23) is GRANTED IN PART.

    **IT IS FURTHER ORDERED** that the Clerk of Court is directed to accept the exhibit for filing with access restricted to the Court and counsel for the parties only.

Dated:  November 18, 2020                                       /s/ Paul L. Maloney
                                                                     Paul L. Maloney
                                                                     United States District Judge