UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LIBERTAS CLASSICAL
ASSOCIATION,

      Plaintiff,                                        Case No. 1:20−cv−997

v.                                               Hon. Paul L. Maloney

GRETCHEN WHITMER, et al.,

      Defendants.
_____/

## ORDER

      This matter is before the Court on Plaintiff's Motion to Amend/Correct (ECF No. 45), which was filed December 17, 2020.  Effective September 28, 2015, Local Rule 7.1(d) was amended to require the following:  "All nondispositive motions shall be accompanied by a separately filed certificate setting forth in detail the efforts of the moving party to comply with the obligation created by this rule." W.D. Mich. LCivR 7.1(d); see Administrative Order No. 15−RL−78 (Sept. 11, 2015).   The motion fails to comply with this requirement.   Accordingly,

      IT IS ORDERED that Plaintiff's Motion to Amend/Correct (ECF No. 45) is hereby held in abeyance pending compliance with Local Rule 7.1(d).

      IT IS FURTHER ORDERED that movant shall file the certificate required by Local Rule 7.1(d) within five days of the date of this Order.   Failure to timely file the certificate will result in the dismissal of the motion.

      IT IS FURTHER ORDERED that any response to the motion shall be filed within fourteen days of the filing of the certificate, should the certificate be filed.

      IT IS SO ORDERED.


Dated:   December 18, 2020           /s/ Paul L. Maloney_____
                                                PAUL L. MALONEY
                                                United States District Judge